J:\Barbara\Civil\Notices by Case Number\2006\06-824.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tri-State Hospital Supply Corporation,

       Plaintiff,

       v.                              Case No. 1:06cv824

Medi-Pac, LLC, et al.,               Judge Michael R. Barrett

       Defendants.

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 1, 2007 (Doc. 33).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's motion for entry of default judgment (Doc. 28) is granted. Default shall be entered as to Defendants TWP Marketing, Inc., and Medi-Pack, LLC.

**IT IS SO ORDERED.**

                                          *S/Michael R. Barrett*
bac     October 25, 2007                   Michael R. Barrett, Judge
                                           United States District Court